UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

| | |
|---|---|
| **RASHEED DARNELL SHELTON,** | JUDGMENT IN A CIVIL CASE |
| Plaintiff, | |
| vs. | |
| **SERGEANT JOHNATHAN BARTLETT, ET AL.,** | CASE NO: 16-2385-STA-egb |
| Defendant. | |

**DECISION BY COURT.** This action came to consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS SO ORDERED AND ADJUDGED** that in accordance with the Order Directing Entry of Judgment, Certifying An Appeal Would Not Be Taken In Good Faith, and Notifying Plaintiff of Appellate Filing Fee entered on August 28, 2017, this cause is hereby DISMISSED.

APPROVED:

s/ S. Thomas Anderson
**CHIEF JUDGE UNITED STATES DISTRICT COURT**

DATE: 8/28/2017

THOMAS M. GOULD
Clerk of Court

s/Maurice B. BRYSON

(By) Deputy Clerk